THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Kendrick Leon Taylor,       
Appellant.
 
 
 

Appeal From Florence County
Paul M. Burch, Circuit Court Judge

Unpublished Opinion No. 03-UP-154
Submitted January 10, 2003  Filed February 
 20, 2003  

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia; 
 Kendrick Taylor, of Kingstree, for Appellant.
Deputy Director for Legal Services Teresa A. Knox; Legal Counsel 
 Tommy Evans; Legal Counsel J. Benjamin Aplin, all of Columbia; for Respondent.
 
 
 

PER CURIAM:  Kendrick Leon Taylor appeals 
 the revocation of his probation.  Kendricks appellate counsel has petitioned 
 to be relieved as counsel, stating she has reviewed the record and has concluded 
 Kendricks appeal is without merit.  The issue briefed by counsel concerns whether 
 his probation violations were willful.  Kendrick has not filed any materials 
 on his own behalf.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Kendricks 
 appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., and GOOLSBY and SHULER, JJ., concur. 

 
           
 [1]  Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rules 215 and 220(b)(2), SCACR.